**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIVINE SON IRVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. DOERER,<br><br>　　　　　Respondent. | Case No. 5:24-cv-01708-PA-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that Respondent's Motion to Dismiss, converted to a Motion for Summary Judgment (Dkt. 12), is GRANTED.

　　　　IT IS FURTHER ORDERED that Petitioner's Motion to Amend the Petition (Dkt. 15) is DENIED.

IT IS FURTHER ORDERED that Judgment be entered dismissing this action WITHOUT PREJUDICE for lack of exhaustion.

DATED: February 10, 2025

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE