JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVINE SON IRVIS,<br><br>        Petitioner,<br><br>    v.<br><br>J. DOERER,<br><br>        Respondent. | Case No. 5:24-cv-01708-PA-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 10, 2025

                                            PERCY ANDERSON<br>
                                            UNITED STATES DISTRICT JUDGE